DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE BARONE** and **JOHN BARONE**,
Appellants,

v.

**WELLS FARGO BANK N.A.**,
Appellee.

No. 4D19-2674

[January 2, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Judge; L.T. Case No. CACE 11025064.

Nicole Barone and John Barone, Lighthouse Point, pro se.

Brittney L. Difato, Sara F. Holladay-Tobias and Emily Y. Rottmann of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*